IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Taylor Chase Kovach, (AKA Taylor Chase Moore) ) | C/A No.: |
| ) | |
| Plaintiff, ) | **2:24 CV 3770** |
| ) | |
| v. ) | MAGISTRATE JUDGE DEAVERS |
| ) | |
| Marathon Health, ) | JUDGE WATSON |
| ) | |
| Defendant. ) | |

**COMPLAINT FOR MONEY DAMAGES AND CIVIL PENALTIES FOR WRONGFUL TERMINATION AND EMPLOYMENT DISCRIMINATION**

Plaintiff Taylor Chase Kovach ("Plaintiff") alleges as follows:

1. The court has jurisdiction pursuant to 42 U.S.C 2000e-5(b), 29 U.S.C 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

2. The court further has jurisdiction pursuant to Title VII of the Civil Rights Act of 1964.

3. Plaintiff is a resident of the State of Ohio and is domiciled in Franklin County, Ohio.

4. Defendant, Marathon Health is an Indiana Corporation regularly conducting business in Franklin County, Ohio.

5. Plaintiff was formerly employed as a nurse with Marathon Health.

6. During her term of employment, Plaintiff was pregnant.

7. Defendant was aware of Plaintiff's pregnancy status during her term of employment.

8. Despite knowledge of her pregnancy status, Defendant terminated Plaintiff's employment without cause.

9. Upon information and belief, Defendant terminated Plaintiff's employment due to her pregnancy status and without other reasonable grounds for termination.

{00710901.DOCX.1}1

## FOR A FIRST CAUSE OF ACTION
### (Wrongful Termination)

10. Plaintiff repeats the allegations above.

11. Defendant knowingly terminated plaintiff from her employment without just cause and

despite their knowledge of plaintiff's pregnancy.

WHEREFORE, Plaintiff demands a judgment in her favor against Marathon Health finding that she was wrongfully terminated from her employment and for discrimination based upon her pregnancy status for compensatory damages, punitive damages, attorney fees, and costs and for whatever other relief this Court deems just and proper.

A JURY TRIAL IS DEMANDED.

July 26, 2024                              Respectfully submitted,

_____
Taylor Chase Kovach

7313 Mapleleaf Blvd.
Columbus, OH 43235

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Indianapolis District Office**
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
(463) 999-1240
Website:

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/30/2024

**To:** Taylor Kovach
7313 Mapleleaf Blvd
COLUMBUS, OH 43235
Charge No: 532-2023-00259

EEOC Representative and email:   FREDERICK BRUBAKER
Enforcement Supervisor

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 532-2023-00259.

On behalf of the Commission,

Digitally Signed By:Michelle Eisele
04/30/2024

Michelle Eisele
District Director

**Cc:**
Ariel Cohen
41 South High Street
Suite 2000
Columbus, OH 43215

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to                                                  .

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:

                                        .

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at                                        (this is the preferred method).  You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 532-2023-00259 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Michelle Eisele, 115 W. Washington St. South Tower Suite 600, Indianapolis, IN 46204.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 532-2023-00259 to the District Director at Michelle Eisele, 115 W. Washington St. South Tower Suite 600, Indianapolis, IN 46204.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to

.

For more information on submitted Section 83 requests, go to

.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br><br>**532-2023-00259** |
|---|---|---|

| **Indiana Civil Rights Commission** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br><br>Taylor Kovach | Home Phone<br><br>419-309-0115 | Year of Birth |
|---|---|---|

| Street Address<br><br>7313 Mapleleaf Blvd<br><br>COLUMBUS, OH 43235 |
|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br><br>Marathon Health | No. Employees, Members<br><br>101 - 200 Employees | Phone No. |
|---|---|---|

| Street Address<br><br>10 W MARKET ST STE 2900<br><br>INDIANAPOLIS, IN 46204 |
|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON<br><br><br>Sex | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest                 Latest<br>05/18/2022          05/18/2022 |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I was employed by Marathon Health from March 2021 until May 18, 2022. I was employed as a Registered Nurse under the supervision of Elizabeth Vinup, female, Regional Care Team Manager. On May 5, 2022, I advised Bernadette Knez, female, Nurse Practitioner, that I was not feeling well, and I intended to go see my doctor the next day because I was pregnant and wanted to be certain that I was not experiencing symptoms that could be cause for concern. On May 6, 2022, I decided not to go to the doctor because I was feeling better. I sent a text message to Noelia Velazquez, female, Medical Assistant, to let her know I was planning to come into the office to work. It was common practice that Ms. Velazquez and I were responsible for staffing the office because Ms. Knez was frequently away from the office either because she was late or had left early. In Ms. Knez's role as a medical provider she had supervisory authority over Ms. Velazquez and I because Ms. Vinup is not located on site. On May 18, 2022, I was advised that I had been discharged for stealing time in a meeting with Ms. Vinop, Lovrie Clift, Regional Care Team Manager, in person and Tashia Barrett, Human Resources, attending via Microsoft Teams. During this meeting I was also asked about schedule freezes that were necessary because Ms. Knez was frequently unavailable to see patients when there were appointments scheduled. I admitted that I was confused about how the attendance process worked since I had recently moved from being an hourly employee to a salaried employee and I offered an apology along

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Taylor Kovach**<br><br>**12/22/2022**<br><br><br>                         *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br><br>**532-2023-00259** |
|---|---|---|

| **Indiana Civil Rights Commission** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

with expressing my willingness to repay the company for the day that I was out. Prior to this issue I had not had any disciplinary problems at work. I had also inquired about taking maternity leave not long before my employment was terminated.I believe that I have been discriminated against based on my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Taylor Kovach**<br><br>**12/22/2022**<br><br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.